# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00044-CV

---

**In re Jeremiah Dunnigan**

---

### ORIGINAL PROCEEDING FROM GAINES COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Jeremiah Dunnigan filed a pro se original petition for writ of habeas corpus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. Relator complains that he has been unlawfully confined prior to trial.

As an intermediate appellate court, we may issue writs of habeas corpus against a district judge or county judge only sitting in our district, or to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. We lack jurisdiction to issue the requested writ against the respondent, listed as the 106th District Court of Gaines County, because this Court neither has jurisdiction over the district courts of Gaines County nor is such a writ necessary to enforce this Court's appellate jurisdiction. *See* Tex. Gov't Code § 22.221(a), (b)(1); *see also id*. § 22.201(d) (listing the counties composing the Third Court of Appeal District). The Eleventh Court of Appeals in Eastland has jurisdiction over Gaines County district courts. *See* Tex. Gov't Code § 22.201(l), 22.205(a). Accordingly, we dismiss relator's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed:  February 11, 2022